IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Defendants.* | Civil Action No. 4:20-CV-00605-P |

## **FINAL DEFAULT JUDGMENT**

This matter having come before the Court on Plaintiffs' Motion for Default Judgment, and the Court, having considered the motion, Plaintiffs' Memorandum of Law on Damages, the supporting evidence, and otherwise being advised of the premises, it is hereby ORDERED and ADJUDGED that the following Judgment is entered in favor of Plaintiffs and against all Defendants named herein, jointly and severally, as follows, rounded to the nearest dollar:

1. Judgment is hereby entered for Plaintiff John Doe 1 for compensatory damages in the amount of $23,179,645.00 (Twenty-Three Million One Hundred Seventy-Nine Thousand Six Hundred and Forty-Five Dollars).

2. Judgment is hereby entered for Plaintiff John Doe 2 for compensatory damages in the amount of $23,296,980.00 (Twenty-Three Million Two Hundred Ninety-Six Thousand Nine Hundred and Eighty Dollars).

3. Judgment is hereby entered for Plaintiff John Doe 3 for compensatory damages in the amount of $31,775,920.00 (Thirty-One Million Seven Hundred Seventy-Five Thousand Nine Hundred and Twenty Dollars).

4. Judgment is hereby entered for Plaintiff John Doe 4 for compensatory damages in the amount of $24,231,823.00 (Twenty-Four Million Two Hundred Thirty-One Thousand Eight Hundred and Twenty-Three Dollars).

5. Judgment is hereby entered for Plaintiff John Doe 5 for compensatory damages in the amount of $14,511,532.00 (Fourteen Million Five Hundred Eleven Thousand Five Hundred and Thirty-Two Dollars).

6. Judgment is hereby entered for Plaintiff John Doe 6 for compensatory damages in the amount of $10,672,656.00 (Ten Million Six Hundred Seventy-Two Thousand Six Hundred and Fifty-Six Dollars).

7. Judgment is hereby entered for Plaintiff John Doe 7 for compensatory damages in the amount of $10,750,185.00 (Ten Million Seven Hundred Fifty Thousand One Hundred and Eighty-Five Dollars).

8. The above judgments are entered jointly and severally against the following named Defendants: the Taliban, Al-Qaeda, and the Haqqani Network.

**DONE AND ORDERED** at Fort Worth, Texas, on 11-5-2020

*/s/ Mark T. Pittman*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE