IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**Writ of Execution**

JOHN DOES 1 THROUGH 7,

*Plaintiffs*,

v.

THE TALIBAN, AL-QAEDA,
and THE HAQQANI NETWORK,

*Defendants.*

Civil Action No. 4:20-CV-00605-P

**TO ANY UNITED STATES MARSHAL IN THE STATE OF TEXAS:**

WHEREAS, on the 5th day of November, A.D., 2020 in a cause styled as above, judgment was rendered in this Court, or other United States District Court as indicated above and registered herein, in favor of John Does 1 through 7 against The Taliban hereinafter called judgment debtor, for the sum of $138,418,741 with interest thereon at the rate of 0.12% percent per annum from the 6th day of November, A.D., 2020, until paid, together with costs which have been taxed to date by the Clerk of Court in the sum of $ TBD.

AND WHEREAS, according to an affidavit on the reverse side hereof, executed by or on behalf of the judgment creditor, there remains due and unpaid the following sums:

$TBD  Unpaid balance of costs specified hereinabove taxed by the Clerk of Court
$138,418,741  Judgment
$13,841.87  Interest on Judgment as of December 7, 2020.

and further interest will accrue on the unsatisfied judgment in the sum of $455.08 per day from the date of the aforesaid affidavit;

**THEREFORE YOU ARE COMMANDED**, that of the goods and chattels, lands and tenements of the said judgment debtor, including the blocked assets of said judgment debtor or any agency or instrumentality thereof, you cause to be paid the full amount of said judgment, interest, and costs, with the further costs of executing this writ.

**HEREIN FAIL NOT**, and have you the said monies, together with this writ, before this Court within ninety (90) days from the date of this writ.

**WITNESS** my hand and the seal of this Court at Fortworth, Texas, this 9th _____ day of _____ , December . 2020 .

KAREN MITCHELL, CLERK

By ___s/WendyCamargo___
                Deputy Clerk

## AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I, John Thornton, judgment creditor or duly authorized agent or attorney acting in the capacity specified under my signature, do hereby swear or affirm that all of the recitals on the reverse side of this instrument relating to the entry of judgment and costs are true and correct; and, after application of all credits, first against costs, second against accrued interest, and third against the judgment as entered, there remains unpaid and unsatisfied the sums specified, and that further interest will accrue as shown.

Dated this 7th day of December, A.D., 2020.

Signature and capacity in which signed:

John Thornton, Esq.
Attorney for John Does 1-7
**Do Campo & Thornton, P.A.**
Chase Bank Building
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

On this date there appeared before me, the undersigned authority, the person whose name is subscribed to the foregoing instrument and on his oath did swear or affirm that he has knowledge of the facts stated therein, that such facts are true and correct, and that he has authority to execute the instrument in the capacity stated therein.

Date: 12/07/2020

Daniela Jaramillo
Comm. # GG948671
Expires: Jan. 20, 2024
Bonded Thru Aaron Notary

Title

## MARSHAL'S RETURN

Received this writ at _____, on _____.
and executed as follows:

UNITED STATES MARSHAL

By: _____
Deputy Marshal

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

# Writ of Execution

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Defendants.* | Civil Action No. 4:20-CV-00605-P |

**TO ANY UNITED STATES MARSHAL IN THE STATE OF TEXAS:**

WHEREAS, on the 5th day of November, A.D., 2020 in a cause styled as above, judgment was rendered in this Court, or other United States District Court as indicated above and registered herein, in favor of John Does 1 through 7 against Al-Qaeda hereinafter called judgment debtor, for the sum of $138,418,741 with interest thereon at the rate of 0.12% percent per annum from the 6th day of November, A.D., 2020, until paid, together with costs which have been taxed to date by the Clerk of Court in the sum of $ TBD.

AND WHEREAS, according to an affidavit on the reverse side hereof, executed by or on behalf of the judgment creditor, there remains due and unpaid the following sums:

  $TBD  Unpaid balance of costs specified hereinabove taxed by the Clerk of Court
  $138,418,741  Judgment
  $13,841.87 Interest on Judgment as of December 7, 2020.

and further interest will accrue on the unsatisfied judgment in the sum of $455.08 per day from the date of the aforesaid affidavit;

THEREFORE YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of the said judgment debtor, including the blocked assets of said judgment debtor or any agency or instrumentality thereof, you cause to be paid the full amount of said judgment, interest, and costs, with the further costs of executing this writ.

HEREIN FAIL NOT, and have you the said monies, together with this writ, before this Court within ninety (90) days from the date of this writ.

WITNESS my hand and the seal of this Court at Fortworth, Texas, this 9th _____ day of         , December.   2020.

KAREN MITCHELL, CLERK

By s/Wendy Camargo
           Deputy Clerk

## AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I, John Thornton, judgment creditor or duly authorized agent or attorney acting in the capacity specified under my signature, do hereby swear or affirm that all of the recitals on the reverse side of this instrument relating to the entry of judgment and costs are true and correct; and, after application of all credits, first against costs, second against accrued interest, and third against the judgment as entered, there remains unpaid and unsatisfied the sums specified, and that further interest will accrue as shown.

Dated this 7th day of December, A.D., 2020.

Signature and capacity in which signed: _____

John Thornton, Esq.
Attorney for John Does 1-7
**Do Campo & Thornton, P.A.**
Chase Bank Building
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

On this date there appeared before me, the undersigned authority, the person whose name is subscribed to the foregoing instrument and on his oath did swear or affirm that he has knowledge of the facts stated therein, that such facts are true and correct, and that he has authority to execute the instrument in the capacity stated therein.

Date: 12/07/2020                                       _____
                                                        _____
                                                               Title

*Daniela Jaramillo*
*Comm. # GG948671*
*Expires: Jan. 20, 2024*
*Bonded Thru Aaron Notary*

MARSHAL'S RETURN

Received this writ at _____, on _____.
and executed as follows:

_____
UNITED STATES MARSHAL

By: _____
       Deputy Marshal

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## Writ of Execution

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Defendants.* | Civil Action No. 4:20-CV-00605-P |

**TO ANY UNITED STATES MARSHAL IN THE STATE OF TEXAS:**

WHEREAS, on the 5th day of November, A.D., 2020 in a cause styled as above, judgment was rendered in this Court, or other United States District Court as indicated above and registered herein, in favor of John Does 1 through 7 against The Haqqani Network hereinafter called judgment debtor, for the sum of $138,418,741 with interest thereon at the rate of 0.12% percent per annum from the 6th day of November, A.D., 2020, until paid, together with costs which have been taxed to date by the Clerk of Court in the sum of $ TBD.

AND WHEREAS, according to an affidavit on the reverse side hereof, executed by or on behalf of the judgment creditor, there remains due and unpaid the following sums:

      $TBD  Unpaid balance of costs specified hereinabove taxed by the Clerk of Court
      $138,418,741  Judgment
      $13,841.87 Interest on Judgment as of December 7, 2020.

and further interest will accrue on the unsatisfied judgment in the sum of $455.08 per day from the date of the aforesaid affidavit;

THEREFORE YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of the said judgment debtor, including the blocked assets of said judgment debtor or any agency or instrumentality thereof, you cause to be paid the full amount of said judgment, interest, and costs, with the further costs of executing this writ.

HEREIN FAIL NOT, and have you the said monies, together with this writ, before this Court within ninety (90) days from the date of this writ.

WITNESS my hand and the seal of this Court at Fortworth, Texas, this __9th__ day of _____, __December__ 2020.

KAREN MITCHELL, CLERK

By __s/Wendy Camargo__
      Deputy Clerk

# AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I, John Thornton, judgment creditor or duly authorized agent or attorney acting in the capacity specified under my signature, do hereby swear or affirm that all of the recitals on the reverse side of this instrument relating to the entry of judgment and costs are true and correct; and, after application of all credits, first against costs, second against accrued interest, and third against the judgment as entered, there remains unpaid and unsatisfied the sums specified, and that further interest will accrue as shown.

Dated this 7th day of December, A.D., 2020.

Signature and capacity in which signed: _____

John Thornton, Esq.
Attorney for John Does 1-7
**Do Campo & Thornton, P.A.**
Chase Bank Building
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

On this date there appeared before me, the undersigned authority, the person whose name is subscribed to the foregoing instrument and on his oath did swear or affirm that he has knowledge of the facts stated therein, that such facts are true and correct, and that he has authority to execute the instrument in the capacity stated therein.

Date: 12/07/2020

Daniela Jaramillo
Comm. #GG948671
Expires: Jan. 20, 2024
Bonded Thru Aaron Notary

_____ Title

## MARSHAL'S RETURN

Received this writ at _____, on _____.
and executed as follows:

_____
UNITED STATES MARSHAL

By: _____
Deputy Marshal